IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__DALLAS__ DIVISION

ORIGINAL

__Arthur Carson, 517349__
Plaintiff's name and ID Number

__W.P. Clements__
Place of Confinement

v.

__Doug Dretke, Dir.,__
Defendant's name and address

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 6 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

CASE NO. __3-06-CV-0252-B__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Arthur Carson__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes   **No**
   b. Rent payments, interest or dividends?              Yes   **No**
   c. Pensions, annuities or life insurance payments?    Yes   **No**
   d. Gifts or inheritances?                             Yes   **No**
   e. Family of friends?                                 **Yes**   No
   f. Any other sources?                                 Yes   **No**

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   __$30.00 per month-Sporadically for Self Maintenance__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                     Yes         No
   If you answered YES, state the total value of the items owned.

   __See Attached Certified Prison Account Balance__

-1-

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes        (No)

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the __1st__ day of __February__, 20 __06__.

                              _Arthur W Carson_     _517349_
                              Signature of Plaintiff            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

```
CSIMIL02/CIMIR06        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/01/06
BCS2/RST6168                   IN-FORMA-PAUPERIS DATA                     04:25:04
TDCJ#: 00517349 SID#: 01756695 LOCATION: BILL CLEMENTS     INDIGENT DTE: 12/26/05
NAME: CARSON,ARTHUR WAYNE                      BEGINNING PERIOD: 03/01/05
PREVIOUS TDCJ NUMBERS: 00421209
CURRENT BAL:           0.00 TOT HOLD AMT:           0.00 3MTH TOT DEP:       32.30
6MTH DEP:            101.50 6MTH AVG BAL:          14.98 6MTH AVG DEP:       30.25
MONTH HIGHEST BALANCE  TOTAL DEPOSITS   MONTH HIGHEST BALANCE  TOTAL DEPOSITS
01/06          5.05            0.00     10/05          1.29            0.00
12/05         45.63           52.30     09/05         36.39           25.20
11/05         30.60           30.00     08/05         56.87           74.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF Potter
ON THIS THE 1st DAY OF February, 2006 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



ROBBIE L. STONE
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 07-10-2008
NOTARY WITHOUT BOND

Robbie L Stone