# EXHIBIT A

## **AFFIDAVIT**

**THE STATE OF TEXAS** ϶
**COUNTY OF WALKER** ϶

BEFORE ME, the undersigned authority, on this day personally appeared **TINA BENEDETTO,** who, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed:

My name is **TINA BENEDETTO,** I am over twenty-one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Administrative Assistant to the State Classification Committee for the Texas Department of Criminal Justice Correctional Institutions Division, and the attached is a correct representation of the time calculations and classification status regarding offender **Arthur Wayne Carson, TDCJ# 517349** now on file within the Classification and Records Office of the Texas Department of Criminal Justice Correctional Institutions Division.

In witness whereof, I have hereto set my hand this the 29th day of March, 2006.

*[signature]*
TINA BENEDETTO,
Administrative Assistant To The
State Classification Committee

SWORN TO AND SUBSCRIBED BEFORE ME, by the said **TINA BENEDETTO,** on this 29th day of March, 2006, to certify which witnesses my hand and seal of office.

*[signature: Judy L. Mancil]*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

JUDY L. MANCIL
Notary Public, State of Texas
My Commission Expires
February 12, 2009

NOTARY WITHOUT BOND



Texas Department of Criminal Justice

Brad Livingston
Executive Director

March 29, 2006

Attorney Generals Office
Assistant Attorney General
Post Conviction Litigation
P.O. Box 12458
Austin, Texas 78711

RE:   Carson, Arthur Wayne                TDCJ# 517349

Dear Ms. Christian-Carnal:

The files of this Agency have been reviewed concerning offender Arthur Wayne Carson, TDCJ# 517349.

The offender was admitted to custody on 8-14-89, with a sentence begin date of 3-24-89, on a 20-year sentence from Dallas County. The offender was charged with Attempted Murder with a Deadly Weapon by the 002 District Court under Cause# F88-84596-L1. The offender is charged for the offense occurring on 7-7-88, with sentencing on 7-6-89. The offenses are identified as not eligible for mandatory supervision release by statute and is subject to flat calculated parole eligibility status only by statute.

On 12-2-93 this office received a nunc pro tunc from Dallas County granting the subject 6-months and 8-days jail credit, changing sentence begin date from 3-24-89 to 12-28-88.

Pursuant to Government Code 501.0081, TDCJ must respond to a time credit dispute within 180-days of receipt by the Classification and Records Office. On 10-13-05 this office received a time credit dispute resolution form from the offender concerning time credits. The subject offender's last time dispute is still pending a Bureau of Classification and Records Office decision at this time.

The subject offender currently remains in custody without a scheduled mandatory supervision release date, a 12-28-08 maximum expiration date, and parole eligible at the discretion of the Board of Pardons and Paroles.

For certified records on pre-revocation warrant dates, calculations, and/or credits please contact Parole Division Warrants at 8610 Shoal Creek Blvd., Austin, Texas 78757.

Sincerely,

*Tina Benedetto*
TINA BENEDETTO,
Administrative Assistant
To the State Classification Committee
(936) 437-8748
(936) 730-1752   FAX

TB/kmw
cc:  file