# EXHIBIT B

```
NAME:  CARSON,ARTHUR WAYNE              DATE: 06/14/06        TIME: 09:40:12
TDC NUMBER:     00517349        MAX SENTENCE: 0020 00 00
PRIOR NUMBER:   00421209        PRJ REL DATE: XXXXXXXXXX        OFFENSES:  1
RACE/SEX/CUST:  B/M     G2      MAX EXP DATE: 12 28 2008        JAIL DATE: ********
STATUS:         A RD CO S3 W              MW              TDC REC DTE: 08 14 89
DATE ASSIGNED:  05 31 06        PV              SENTENCE BEGIN DATE: 12 28 88
RSN ASSIGNED:   ADMINISTRA      INMATE TYPE: ID              DAYS CREDITED
STATUS DATE:    02 09 06        AS OF 06/14/06               AS OF 02 09 06
                                FLAT TIME:  0017 05 16           6252
LEGISLATURE:    70TH            GOOD TIME:  0005 01 21        45 1752    R W
APPEAL/PROB CD:                 WORK TIME:  0003 07 10  1662 281 1256
RESTIT/REPAR:   NOT REQ         BONUS TIME: 0000 00 00              0
JAIL GD TM RCD: YES             TOTAL TIME: 0026 02 15           9260
MS CALC CD:     N   HB1433: N   HB1433 VOTE:      HB1433 MIN EXP DT:
PAROLE CALC CD: FLAT ONLY       VOTED PAROLE ACTION/DATE:  CRD    04 01 2007
SB1167 REVIEW DTE:              TDC CAL INITIAL PAROLE REVIEW DATE: 12 28 1993
TIME LOST DATE: 02 09 05        PMA93 CANDIDATE: N   PMA93 POOL: N   HB1649:
GOOD/WORK LOST:  585    166 DAYS-(OFFENSE OF RECORD)
GOOD/WORK LOST:  585    166 DAYS-(WORST OF ANY OFFENSE)
OUT OF CUSTODY:    0 DAYS    PHOP:
ENTER NEXT TDC NUMBER  _____
OR    NEXT SID NUMBER  _____      TO CALCULATE CLEMENCY DATE         AND
TIME LEFT TO SERVE                    ENTER SCHEDULED RELEASE DATE MMDDYY _____
```