# EXHIBIT C

```
              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              08:39:13
                   CLEMENCY AND PAROLE SYSTEM                   06/14/06
                       MINUTES BROWSE SCREEN
TDCJID NUMBER: 00517349        SID NUMBER: 01758093      PIA NUMBER:
BPP NUMBER: 0000026846         NAME: CARSON,ARTHUR WAYNE
CURRENT STATUS: RECEIVED FROM TEMPORARY DEPART
SEL ACTN DATE          PROCESS              ACTN       TYPE OF ACTION
 _  04-26-2006  CURRENTLY AN INMATE         STLTR   TP DATE STATUS LTR
 _  04-25-2006  CURRENTLY AN INMATE         NR      RECORD HAS NO ACTION TYPE
 _  02-22-2006  REVIEW PROCESS              NTO     BOARD VOTE
 _  02-21-2006  REVIEW PROCESS              CASEP   MONTHLY CASE PULL
 _  06-05-2004  CURRENTLY AN INMATE         RFPR    BOARD POLICY - DISCIPLINARY
 _  03-03-2004  REVIEW PROCESS              NTO     BOARD VOTE
 _  03-02-2004  REVIEW PROCESS              CASEP   MONTHLY CASE PULL
 _  08-23-2002  CURRENTLY AN INMATE         STLTR   TP DATE STATUS LTR
 _  08-22-2002  CURRENTLY AN INMATE         NR      RECORD HAS NO ACTION TYPE
 _  05-08-2002  REVIEW PROCESS              NTO     BOARD VOTE
 _  05-07-2002  REVIEW PROCESS              CASEP   MONTHLY CASE PULL
 _  08-21-1998  CURRENTLY AN INMATE         STLTR   TP DATE STATUS LTR
 _  08-20-1998  CURRENTLY AN INMATE         NR      RECORD HAS NO ACTION TYPE
PF1=HELP       PF2=BOARD ACTIONS MENU  PF5=DETAIL           PF3=CAPS MENU
PF6=REFRESH    PF7=SCROLL BACK         PF8=SCROLL FORWARD
PF10=CROSS REF PF12=TDCJ MENU          CLEAR=EXIT
THERE ARE MORE MINUTES RECORDS TO BE DISPLAYED
```

TDCJID NUMBER: 00517349        SID NUMBER: 01758093        PIA NUMBER:
BPP NUMBER: 0000026846         NAME: CARSON,ARTHUR WAYNE
CURRENT STATUS: RECEIVED FROM TEMPORARY DEPART

| SEL | ACTN DATE | PROCESS | ACTN | TYPE OF ACTION |
|---|---|---|---|---|
| _ | 08-20-1998 | CURRENTLY AN INMATE | NR | RECORD HAS NO ACTION TYPE |
| _ | 05-06-1998 | REVIEW PROCESS | NTO | BOARD VOTE |
| _ | 05-05-1998 | REVIEW PROCESS | CASEP | MONTHLY CASE PULL |
| _ | 02-15-1994 | CURRENTLY AN INMATE | STLTR | TP DATE STATUS LTR |
| _ | 01-27-1994 | CURRENTLY AN INMATE | CRD | RECORD HAS NO ACTION TYPE |
| _ | 08-03-1993 | REVIEW PROCESS | NTO | BOARD VOTE |
| _ | 08-03-1993 | REVIEW PROCESS | CASEP | MONTHLY CASE PULL |
| _ | 07-02-1991 | CURRENTLY AN INMATE | CRD | PAROLE REVIEW |
| _ | 03-06-1991 | REVIEW PROCESS | NTO | BOARD VOTE |
| _ | 03-06-1991 | REVIEW PROCESS | CASEP | MONTHLY CASE PULL |
| _ | 09-29-1990 | CURRENTLY AN INMATE | NOTE | 000 - TYPE ACTION NOT FOUND |
| _ | 07-07-1990 | CURRENTLY AN INMATE | NOTE | 000 - TYPE ACTION NOT FOUND |
| _ | 05-26-1990 | CURRENTLY AN INMATE | NOTE | 000 - TYPE ACTION NOT FOUND |

PF1=HELP        PF2=BOARD ACTIONS MENU   PF5=DETAIL        PF3=CAPS MENU
PF6=REFRESH     PF7=SCROLL BACK          PF8=SCROLL FORWARD
PF10=CROSS REF  PF12=TDCJ MENU           CLEAR=EXIT
THERE ARE MORE MINUTES RECORDS TO BE VIEWED

TDCJID NUMBER: 00517349        SID NUMBER: 01758093        PIA NUMBER:
BPP NUMBER: 0000026846         NAME: CARSON,ARTHUR WAYNE
CURRENT STATUS: RECEIVED FROM TEMPORARY DEPART

| SEL | ACTN DATE | PROCESS | ACTN | TYPE OF ACTION |
|---|---|---|---|---|
| _ | 05-26-1990 | CURRENTLY AN INMATE | NOTE | 000 - TYPE ACTION NOT FOUND |
| _ | 11-01-1989 | CURRENTLY AN INMATE | STAFF | PAROLE VIOLATOR-NEW TDC NUMB |
| _ | 12-28-1989 | REVOCATION | NA | INMATE |
| _ | 10-18-1989 | REVOCATION | PROC | REVOKE NEW CONVICTION TO TEX |
| _ | 10-18-1989 | REVOCATION | APP | REVOKE NEW CONVICTION TO TEX |
| _ | 10-18-1989 | REVOCATION | REC | REVOKE NEW CONVICTION TO TEX |
| _ | 06-26-1989 | CURRENTLY A PAROLEE OR MS | NOTE | CHANGE PROCESS TYPE-GENERATE |
| _ | 06-26-1989 | ARREST WARRANT | WDFI | 000 - TYPE ACTION NOT FOUND |
| _ | 06-25-1989 | ARREST WARRANT | ABSC | RETURNED FROM ABSCONDER TO A |
| _ | 10-10-1988 | ARREST WARRANT | ABSC | DECLARED ABSCONDER |
| _ | 07-21-1988 | ARREST WARRANT | APP | 000 - TYPE ACTION NOT FOUND |
| _ | 07-21-1988 | ARREST WARRANT | REC | 000 - TYPE ACTION NOT FOUND |
| _ | 09-15-1986 | CURRENTLY A PAROLEE OR MS | PARL | INSTATE |

PF1=HELP        PF2=BOARD ACTIONS MENU   PF5=DETAIL          PF3=CAPS MENU
PF6=REFRESH     PF7=SCROLL BACK          PF8=SCROLL FORWARD
PF10=CROSS REF  PF12=TDCJ MENU           CLEAR=EXIT
THERE ARE MORE MINUTES RECORDS TO BE VIEWED

```
              TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                  CLEMENCY AND PAROLE SYSTEM                    06/14/06
                     MINUTES BROWSE SCREEN
TDCJID NUMBER: 00517349        SID NUMBER: 01758093      PIA NUMBER: _____
BPP NUMBER: 0000026846         NAME: CARSON,ARTHUR WAYNE
CURRENT STATUS:    _____
SEL ACTN DATE         PROCESS               ACTN        TYPE OF ACTION
 _  09-15-1986   CURRENTLY A PAROLEE OR MS  PARL    INSTATE
 _  09-11-1986   MAND. SUPERVISION PROC     PROC    INSTATE
 _  06-18-1986   REVIEW PROCESS             CASEP   MONTHLY CASE PULL
 _  06-09-1986   CURRENTLY AN INMATE        NOTE    CALCULATE STATUS-GENERATED




 PF1=HELP        PF2=BOARD ACTIONS MENU   PF5=DETAIL          PF3=CAPS MENU
 PF6=REFRESH     PF7=SCROLL BACK          PF8=SCROLL FORWARD
 PF10=CROSS REF  PF12=TDCJ MENU           CLEAR=EXIT
THE LAST MINUTE RECORDS ARE DISPLAYED
```